**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 20, 2021

Judge Eric R. Komitee
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    *United States v. Ibn Cheatham*, 21-cr-422

Dear Judge Komitee,

      As discussed in our status conference today, Ibn Cheatham's next scheduled court appearance in New Jersey Superior Court is January 10, 2022. Attached is a proposed order that the MDC and the U.S. Marshal's Service produce Mr. Cheatham to the United States Courthouse in the Eastern District on January 10, so that he may be transported to state court for his appearance.

                                                    /s/

                                        Allegra Glashausser
                                        Attorney for Mr. Ibn Cheatham
                                        Federal Defenders of New York
                                        1 Pierrepont Plaza, 16th Floor
                                        Brooklyn, N.Y. 11201
                                        (212) 417-8739

Cc:    Sophia Papapetru; spapapetru@bop.gov
           Peter Lee, USMS; peter.lee@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

United States of America                      **Order to Produce**

                                                             21-cr-422

      v.

Ibn Cheatham

------------------------------------------------------x

ERIC R. KOMITEE, District Judge, United States District Court for the Eastern District of New York:

       Upon the application of Allegra Glashausser, counsel for Ibn Cheatham, Reg. 76492-054, the defendant in the above captioned case;

       The Metropolitan Detention Center ("MDC") and/or the U.S Marshals Service are hereby ORDERED to produce Mr. Cheatham to the United States Courthouse in the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on January 10, 2022, so that Mr. Cheatham can be securely transported, pursuant to a writ of habeas corpus ad prosequendum, to New Jersey Superior Court, Essex Vicinage, Criminal Division. at 50 West Market Street in Newark, New Jersey for an in-person court appearance.

Dated:       Brooklyn, New York
                December __ 2021

                                                      _____

                                                      Honorable Eric R. Komitee,
                                                      District Judge,
                                                      United States District Court for the
                                                      Eastern District of New York