

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

GSM
F. #2021R00235

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 11, 2022

By ECF and Email

Allegra Glashausser
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

      Re:    United States v. Ibn Cheatham
             Criminal Docket No. 21-422 (EK)

Dear Counsel:

      Enclosed please find the government's fourth production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production consists of a partial forensic extraction of the defendant's cellular telephone seized from the defendant on February 25, 2021, Bates-numbered IC004850.

      The government again requests reciprocal discovery from the defendant.

      Very truly yours,

      BREON PEACE
      United States Attorney
      Eastern District of New York

By:   /s/ Garen S. Marshall
      Garen S. Marshall
      Assistant U.S. Attorney
      (718) 254-6569

Enclosures

cc:    Clerk of the Court (EK) (by ECF) (without enclosures)